

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-11-00031-CR

_____

MORRIS DALE MITCHELL, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the County Court at Law
Bowie County, Texas
Trial Court No. 10M1825-CCL

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

MEMORANDUM OPINION

Morris Dale Mitchell filed a notice of appeal January 25, 2011, "to pursue an interlocutory appeal to 6th court of appeals Texarkana, Texas from an interlocutory order denying Appellant's motion to dismiss the charges against him for lack of jurisdiction etc." After a thorough review of the clerk's record, we found no order in the record; we have contacted the district clerk, and she has confirmed that there is no such order in this case.

A timely notice of appeal from a conviction or an appealable order is necessary to invoke this Court's jurisdiction. *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996). This Court has jurisdiction over criminal appeals only when expressly granted by law. *Everett v. State*, 91 S.W.3d 386 (Tex. App.—Waco 2002, no pet.).

There being no appealable order in the record, we dismiss this appeal for want of jurisdiction.


Josh R. Morriss, III
Chief Justice


Date Submitted:     February 3, 2011
Date Decided:       February 4, 2011

Do Not Publish

2